**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1175**

_____

ANTHONY CHINEDU ANUSHIEM,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

_____

**No. 12-1630**

_____

ANTHONY CHINEDU ANUSHIEM,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

_____

On Petitions for Review of Orders of the Board of Immigration
Appeals.

_____

Submitted: September 28, 2012       Decided: October 31, 2012

_____

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petitions dismissed in part and denied in part by unpublished per curiam opinion.

———————————

Anthony Chinedu Anushiem, Petitioner Pro Se.  Matthew Albert Connelly, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Chinedu Anushiem, a native and citizen of Nigeria, petitions for review of orders of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's denial of his motion to reconsider and denying his motion to reopen and reconsider. We have reviewed the administrative record and find that because Anushiem has been convicted of an aggravated felony, we lack jurisdiction over the majority of his claims. See 8 U.S.C. § 1252(a)(2)(C) (2006). Accordingly, we dismiss the petitions for review in part with respect to these claims. We have considered Anushiem's constitutional and legal claims, over which we retain jurisdiction, and find them to be without merit. See 8 U.S.C. § 1252(a)(2)(D) (2006). Therefore, with respect to these claims, we deny the petitions for review in part for the reasons stated by the Board. See In re: Anushiem (B.I.A. Jan. 10 & Apr. 16, 2012). We deny Anushiem's motions for appointment of counsel and for reconsideration of the denial of his motion to stay removal. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITIONS DISMISSED IN PART
AND DENIED IN PART

3